RECEIVED
2006 JAN 27 A 10:41

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
[Insert appropriate court]

IN FORMA PAUPERIS DECLARATION
DECLARTION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

BRANDON MOORE, 241446, )
)
          Plaintiff )
)
VS. ) CIVIL ACTION NO. 2:06CV75-WHA
)
JAMES DELOACH, WARDEN, ET AL., )
)
# 241446    Defendants )

I, Brandon Moore, declare that I am the Plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security. I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security. I believe I am entitled to relief.

1. Are you presently employed? Yes ☐ No ☒
a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.

_____

_____

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. _Plaintiff is a youthful offender never employed._

2. Have you received within the past twelve months any money from any of the following sources?
a. Business, profession or form of self-employment? Yes ☐ No ☒
b. Rent payments, interest or dividends? Yes ☐ No ☒
c. Pensions, annuities or life insurance payments? Yes ☐ No ☒
d. Gifts or inheritances? Yes ☐ No ☒
e. Any other sources? Yes ☐ No ☒

9

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. *N/A*

3. Do you own cash, or do you have money in checking or savings account? Yes ☐  No ☒
   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. *N/A*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☒
   If the answer is "yes," describe the property and state its approximate Value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. *None.*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on *1/20/2006* (date).

*Brandon Moore*
**Signature of Petitioner**

10

## Certificate

I hereby certify that the petitioner herein has the sum of $ 20.30 on account to his credit at the DRAPER institution where he is confined.

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months):

1. $ 0.00    on the 1st day of Aus. 05
2. $ 0.00    on the 1st day of Sept. 05
3. $ 0.00    on the 1st day of Oct. 05
4. $ 0.00    on the 1st day of Nov. 05
5. $ 40.00   on the 1st day of Dec. 05
6. $ 0.30    on the 1st day of Jan. 06

F.S. Brown - Acct Clerk
**Authorized Officer of Institution**

DATE: 1-20-2006

11

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 241446     NAME: MOORE, BRANDON LEE                AS OF: 01/15/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 16 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $28.00 | $40.00 |
| DEC | 31 | $30.97 | $20.00 |
| JAN | 15 | $0.30 | $0.00 |