**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James DeLoach Warden
   Draper Corr. Fac.
   P.O. Box 1107
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C Bell    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 2/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   2:06cv75-A
   Proc ord + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 5371

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Matthews
   Draper Corr. Fac.
   P.O. Box 1107
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C Bell    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): C Bell
C. Date of Delivery: 2/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   2:06cv75-
   Proc ord + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 5364

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540