**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bob Riley
   Office of the Governor
   A. State Capital
   600 Dexter Ave.
   Mont. AL 36130-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Pam Bye                    ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Pam Bye                       02-01-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06CV75

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0005 4584

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lawrence Shanky
   Draper Corr. Fac.
   P.O. Box 1107
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C Bell                     ☒ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C Bell                        2/1/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV75

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 2260 0005 4584 7191

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540