**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kay P. Hope* ☑ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

*Donal Campbell*
*Comm. Ala. Dept. of Corr.*
*P.O. Box 301501*
*Mont., AL 36130-1501*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*06cv175*

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0005 4584 5388

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540