IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON MOORE, #241446, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-75-WHA |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In his complaint, the plaintiff names Lawrence Shanky and Michael Matthews as defendants in this cause of action. Service was attempted but unperfected on these individuals because they were not at the address provided by the plaintiff. If a person has not been served, he/she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Lawrence Shanky and Michael Matthews, the plaintiff must furnish the clerk's office with correct addresses for such individuals. Accordingly, it is

ORDERED that on or before February 27, 2006 the plaintiff shall furnish the clerk's office with the correct addresses of Lawrence Shanky and Michael Matthews. **The plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served**. This is the plaintiff's responsibility. Moreover, the plaintiff is specifically cautioned that if service is not perfected on Lawrence

Shanky and Michael Matthews they will not be considered parties to this cause of action, the court will on its own initiative dismiss the claims against Lawrence Shanky and Michael Matthews, and this case will proceed against only the defendants on whom service has been perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done this 13th day of February, 2006.

    /s/ Vanzetta Penn McPherson
    UNITED STATES MAGISTRATE JUDGE