IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRANDON MOORE, #241446            )
Plaintiff,                         )
                                   )  CIVIL ACTION NO: 2:06-CV-75-WHA
Vs.                                )
JAMES H. DELOACH, et al.,          )
Defendants.

## AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Willie Whiting , who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is Willie Whiting. I am currently employed as a Chaplain with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age.

Inmate Brandon Moore alleges that I as chaplain of Draper Correctional Center violated his constitutional rights and deprived him of rights protected by state law.

As Chaplain I have not violated nor deprived inmate Moore of any of his constitutional rights that are protected under state law. Nor do I have any knowledge of an alleged incident other than what the plaintiff stated what happen. Therefore, to my knowledge as chaplain no violation s on my part has taken place.



_____
Willie Whiting, Chaplain

SWORN TO AND SUBSCRIBED before me this 24th day of February 2006.

_____
Notary Public

My Commission Expire 8-1-07