IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON MOORE, #241446 | ) |
| Plaintiff, | ) |
| Vs. | ) CIVIL ACTION NO: 2:06-cv-75-WHA |
| JAMES DELOACH, et al., | ) |
| Defendants. | ) |

AFFIDAVIT

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Warden James DeLoach, who being known to me and by me first duly sworn, deposes, and says on oath as follows:

My name is James H. DeLoach. I am currently employed as a Warden III with the Alabama Department of Corrections assigned to Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

The plaintiff in this action claim that defendant Matthews shoved his head into a door window is without merit. According to defendant Matthews the plaintiff deliberately struck the window with his fist. This caused the window to bread and broken glass from the window caused the cut on the plaintiff's head (see attachment). On the date of the incident I questioned defendant Matthews regarding the incident. He was adamant that the plaintiff's injury was self-inflicted. Defendant is a thirteen-year veteran correctional officer who has a spotless and exceptional record. There were no other witnesses to the



incident. At no time prior to receipt of this complaint has the plaintiff reported to me that he was assaulted by defendant Matthews.

The plaintiff was immediately seen by medical personnel and the cut on his was treated (see attachment #1). The plaintiff has not requested to see the doctor for any reason since the date of the incident.

The plaintiff raises the issue of lockdowns and controlled inmate movements. These are security measures that are in place to insure the safety of staff and inmates. No policies or practice followed at this facility violates any of the plaintiff's constitutional rights.

This action is without merit and foundation therefore, I would ask that it be dismissed.

_____
James H. DeLoach, Warden III

SWORN TO AND SUBSCRIBED before me this _____ day February 2006.

_____
Notary Public

My Commission Expire __8-1-07__

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
# INCIDENT REPORT

| 1. Institution: Draper Correctional Center | 2. Date: 1/9/2006 | 3. Time: 3:00 PM | 4. Incident Number: DCC 06-0054 | Class Code: B |
|---|---|---|---|---|
| 5. Locaton Where Incident Occurred: Multi-Purpose Building | | 6. Type of Incident: #56 - Failure to Obey a Direct Order of ADOC Official | | |
| 7. Time Incident Reported: 3:14 PM | | 8. Who Received Report: Lt. Gwendolyn Tarrance | | |

9. Victims:        Name                              AIS #
   a.    N/A                           No.
   b.                                  No.
   c.                                  No.

| 10. Suspects: Name | AIS # | 10. Witnesses: Name | AIS # |
|---|---|---|---|
| a. Brandon Moore   No. W / 241446 | | a.   No. | |
| b.   No. | | b.   No. | |
| c.   No. | | c.   No. | |
| d.   No. | | d.   No. | |
| e.   No. | | e.   No. | |
| f.   No. | | f.   No. | |
| g.   No. | | g.   No. | |

PHYSICAL EVIDENCE:
12. EvidenceType:
N/A

13. Description of Evidence:
N/A

14. Chain of Evidence:
a. N/A
b.
c.
d.

15. Narrative Summary: On January 9, 2006, Officer Michael Mathews was assigned to the Multi-Purpose Building. At approximately 3:00 PM, Officer Mathews observed inmate Brandon Moore W/241446 enter the Multi-Purpose Building. Officer Mathews immediately approached inmate Moore and asked inmate Moore if he (Moore) had signed up for the Law Library. Inmate Moore replied "No". Officer Mathews then ordered inmate Moore to exit the Multi-Purpose Building. Inmate Moore then stated to Officer Mathews "I'm not going no damn where." Officer Mathews placed inmate Moore in the escort position by grasping inmate Moore's left arm in an attempt to escort inmate Moore out of the building. When inmate Moore approached the door, inmate Moore raised his (Moore's) fist and proceeded to hitting the glass at the same time causing the glass to break in the door which resulted in a small laceration on inmate Moore's head. This was done by inmate Moore in an attempt to say he (Moore) was shoved into the door by Officer Mathews. At approximately 3:10 PM, Officer Mathews contacted Lt. Gwendolyn A. Tarrance, Second Shift Supervisor, VIA radio to report to the Multi-Purpose Building. At approximately 3:14 PM, Officer Mathews reported the incident to Lt. Tarrance. Lt. Tarrance verbally reprimanded inmate Moore on his negative behavior. At approximately 3:20 PM, Officer Ricky Weaver escorted inmate Moore to Staton Health Care Unit where he was examined and treated by Nurse Avant (See attached Medical Report). At approximately 3:30 PM, Warden III James DeLoach was advised of the incident. Inmate

Distribution: ORIGINAL AND ONE (1) COPY to Central I & I Division    COPY to Deputy Commissioner fo Operations (Class A and B ONLY)
COPY to Institutional File    COPY to Central Records Office

ADOC Form 302-A - June 1, 2005

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
# INCIDENT REPORT/DUTY OFFICER REPORT
## CONTINUATION

| Institution: Draper Correctional Center | Incident Number: DCC 06-0054 | Class Code: B |
|---|---|---|
| Date: 1/9/2006 | Type of Incident: #56 - Failure to Obey a Direct Order of ADOC Official | |

**15. Narrative Summary (Continued)  Page No.: 2 of 2**

Moore remains in DCC population pending disciplinary action for rule violation #56- Failure to Obey a Direct Order. No further action taken at this time.

*Michael G Mathews* COZ
COI Michael Mathews

# EMERGENCY

**PHS** PRISON HEALTH SERVICES INCORPORATED

| | | |
|---|---|---|
| ADMISSION DATE: 1/9/06 | TIME: 3:20 AM/**PM** | ORIGINATING FACILITY: VPC  ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |
| ALLERGIES: NKA | | CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
| VITAL SIGNS: TEMP 98.4 ORAL/RECTAL | RESP. 22 | PULSE 82  B/P 120/84  RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S) "I was in the library & pushed by an officer thru a barbell rod. I am in it. I did not fight back or anything."

O) Exam shows a .5 cm laceration to top of head. ⓡ small scrap on ⓡ hand.

**PHYSICAL EXAMINATION**

A) Alteration in Comfort

P) →

ABRASION /// CONTUSION # BURN xx/xx FRACTURE z/z LACERATION / _____ SUTURES



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS**
1. Cleanse c̄ NS
2. Steristrips
3. Tetanus Toxoid
4. Keep Clean & Dry

TIME / BY: JH

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE: 1/9/06 | TIME: 3:55 AM/**PM** | RELEASE / TRANSFERRED TO: ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE: ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: [signature]   DATE: 1-9-06   PHYSICIAN'S SIGNATURE   DATE   CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE): Moore, Brandon Lee   DOC#: 24/14/6   DOB: 12-27-84   R/S: W/M   FAC: VPC